IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LIONEL RAYALE MAURICE**                                        **PETITIONER**

v.                                                           **Criminal No. 1:12cr55-LG-RHW-1**
                                                                 Civil Action No. 1:14cv256-LG

**UNITED STATES OF AMERICA**                                **RESPONDENT**

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

    **X**    A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

         A Certificate of Appealability should issue for the following specific issue(s):

**SO ORDERED AND ADJUDGED** this the 28th day of October, 2014.

                                               s/ *Louis Guirola, Jr.*
                                               LOUIS GUIROLA, JR.
                                               CHIEF U.S. DISTRICT JUDGE